# Exhibit 1

| Link to Infringement Page | Original Source | Registration Status | Number of Subscribers | Number of Videos | Total Number of Views |
|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=4ONFwjzdfhU | https://www.youtube.com/watch?v=i1d7j29sgxU | Not Registered | 36,500 | 302 | 8,312,198 |
| https://www.youtube.com/watch?v=4ONFwjzdfhU | https://www.youtube.com/watch?v=53lwzSwydhg | Not Registered | 36,500 | 302 | 8,312,198 |
| https://www.youtube.com/watch?v=oOyGv-tJyG4 | https://fb.watch/m0iDNpOCTi/ | Not Registered | 36,500 | 302 | 8,312,198 |
| https://www.youtube.com/watch?v=-cWxt_-gDuo | https://www.youtube.com/watch?v=PFSizOheU_k | Registered: PA 2-369-592 | 36,500 | 302 | 8,312,198 |