# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-369-592**

**Effective Date of Registration:**
August 07, 2022

**Registration Decision Date:**
September 09, 2022

## Title

**Title of Work:** 7.28.2022_Hindman KY underwater

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** August 07, 2022

Page 1 of 1