Exhibit

3

| DOCUMENT | PAGE |
|---|---|
| Takedown - When God is Angry - 4ONFwjzdfhU.pdf | 3 |
| COUNTER NOTIFICATION - When God Is Angry - 4ONFwjzdfhU.pdf | 10 |
| Takedown - When God is Angry - -cWxt_-gDuo.pdf | 12 |
| COUNTER NOTIFICATION - When God is Angry - cWxt_-gDuo.pdf | 17 |
| Takedown - When God is Angry - oOyGv-tJyG4.pdf | 19 |
| COUNTER NOTIFICATION - When God Is Angry - oOyGv-tJyG4.pdf | 26 |



Copyright Management <copyright@viraldrm.com>

## [XI6EHPJTQYRB4UAGSPW56XEX6I] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+2u2oqpz6mzyf407@google.com>      Fri, Oct 20, 2023 at 10:56 AM
Reply-To: YouTube Copyright <youtube-disputes+2u2oqpz6mzyf407@google.com>
To: copyright@viraldrm.com



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates
below.

> ## Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=4ONFwjzdfhU
>
> https://www.youtube.com/watch?v=oOyGv-tJyG4
>
> ———————————————————————————
>
> We use a combination of automated systems and human reviews to
> process removal requests.

You may take back your claim of copyright infringement at any time if you
change your mind.

- The YouTube Team

———————————————————————————

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, Alabama 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=4ONFwjzdfhU
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
- Source of video: i1d7j29sgxU
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:06:44 to 0:06:58 :

https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404
It appears in your source video from 0:00:13 to 0:00:25 :
https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=oOyGv-tJyG4
Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: Full intercept video from birth to death of a violent
  tornado that hit homes near Didsbury, AB moments ago. #abstorm
  #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury,
  Alberta
- Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/
  videos/640300881492795/
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:10 to 0:00:37 :
  https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
  It appears in your source video: https://www.facebook.com/
  aaron.jayjack.stormchaser/videos/640300881492795/

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube channel.

Authorized Signature: Michael Clement

Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 19, 2023 copyright@viraldrm.com wrote:

Please find attached signed contracts confirming that Viral DRM is rights managing the copyright needs on behalf of the affected
claimants.
Please complete the removal of this offending content per our original request.

## OUTSTANDING CLAIMS/CLAIMANTS BELOW
## Claimant: Brad Arnold

Offending Video: https://www.youtube.com/watch?v=4ONFwjzdfhU

Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23

Original / Source video: https://www.youtube.com/watch?v=i1d7j29sgxU

**Claimant: Aaron Jayjack**

Offending Video: https://www.youtube.com/watch?v=oOyGv-tJyG4

Title of video: Violent Tornado Hits Homes Near Didsbury, AB On Canada Day

Original / Source video: https://fb.watch/m0iDNpOCTi

On Tue, Oct 17, 2023 at 8:38 AM YouTube Copyright <youtube-disputes+2u2oqpz6mzyf407@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, Alabama 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4ONFwjzdfhU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
  - Source of video: i1d7j29sgxU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:44 to 0:06:58 :
    https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404
    It appears in your source video from 0:00:13 to 0:00:25 :
    https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=oOyGv-tJyG4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full intercept video from birth to death of a violent tornado that hit homes near Didsbury, AB moments ago. #abstorm #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury, Alberta
  - Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:37 :
    https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
    It appears in your source video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 17, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, Alabama 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4ONFwjzdfhU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
  - Source of video: i1d7j29sgxU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:44 to 0:06:58 :
    https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404
    It appears in your source video from 0:00:13 to 0:00:25 :
    https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=oOyGv-tJyG4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full intercept video from birth to death of a violent tornado that hit homes near Didsbury, AB moments ago. #abstorm #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury, Alberta
  - Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:37 :
    https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
    It appears in your source video from
    https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
  - Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 17, 2023 copyright@viraldrm.com wrote:

Video IDs: 4ONFwjzdfhU, oOyGv-tJyG4



Copyright Management <copyright@viraldrm.com>

---

## Re: [CPPX64EIJIZ6Z25BYG7WGQFBJQ] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+3srgcmlt8s7100h@google.com>    Tue, Oct 24, 2023 at 4:50 PM
Reply-To: YouTube Copyright <youtube-disputes+3srgcmlt8s7100h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4ONFwjzdfhU

Display name of uploader: When God Is Angry

i believe that removing my video ( www.youtube.com/watch?v=4ONFwjzdfhU ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kashper Viacheslav

Yubileynaya 5/55
Rivne 33024
Ukraine
whengodisangry@gmail.com
+380674571455

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

whengodisangry@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

Copyright Management <copyright@viraldrm.com>

## [FKO66DV62M3JJK7IFO47CE6KME] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+05vv9u8ivgngt07@google.com>          Sat, Oct 28, 2023 at 6:30 PM
Reply-To: YouTube Copyright <youtube-disputes+05vv9u8ivgngt07@google.com>
To: copyright@viraldrm.com



Hi Copyright Management,

Thank you for your removal request. We've reviewed it and provided
updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=-cWxt_-gDuo

---

We use a combination of automated systems and human reviews to
process removal requests.

---

You may take back your claim of copyright infringement at any time if you
change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=-cWxt_-gDuo

Describe the work allegedly infringed: My company, organization or client's video

- Title of video: 7-19-2023 Mayfield, Ky Flash Flood Emergency - Drone video shows neighborhoods flooded
- Source of video: YR4k-j69FJk
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:04 :
  https://www.youtube.com/watch?v=-cWxt_-gDuo&t=0
  It appears in your source video from 0:00:21 to 0:00:25 :
  https://www.youtube.com/watch?v=YR4k-j69FJk&t=21


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement


Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 27, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also

check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-cWxt_-gDuo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 7-19-2023 Mayfield, Ky Flash Flood Emergency - Drone video shows neighborhoods flooded
  - Source of video: YR4k-j69FJk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:04 :
    https://www.youtube.com/watch?v=-cWxt_-gDuo&t=0
    It appears in your source video from 0:00:21 to 0:00:25 :
    https://www.youtube.com/watch?v=YR4k-j69FJk&t=21

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 27, 2023 copyright@viraldrm.com wrote:

     Video IDs: -cWxt_-gDuo

**CASE FILE - GOOGLE DRIVE DOWNLOAD (558 Pages - 108,838,912 bytes)**
https://drive.google.com/file/d/1P23Pgnjh4uA6e7OaYMOn2In8GD2qLdjY/view

COMPLAINT FOR INTELLECTUAL PROPERTY INFRINGEMENT, REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION, AND DMCA COUNTERNOTICE MISREPRESENTATION IN VIOLATION OF U.S.C. § 512(f)

California Northern District Court
Judge: William H Orrick
Case #: 3:23-cv-05594
Nature of Suit 820 Property Rights - Copyrights
Cause: 17:501 Copyright Infringement
Case Filed: Oct 30, 2023

A link to Pacer is below if you wish to verify this online.
https://www.pacermonitor.com/public/case/51170525/Viral_DRM_LLC_v_YouTube_Uploadeers_Listed_on_Schedule_A

Thank you.
Viral DRM Management

On Mon, Oct 30, 2023 at 4:35 PM YouTube Copyright <youtube-disputes+2hgcbi8qq5f6o0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-cWxt_-gDuo

Display name of uploader: When God Is Angry

i believe that removing my video ( www.youtube.com/watch?v=-cWxt_-gDuo ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.

Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kashper Viacheslav

Yubileynaya 5/55
Rivne 33024
Ukraine
whengodisangry@gmail.com
+380674571455

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

whengodisangry@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



## [XI6EHPJTQYRB4UAGSPW56XEX6I] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+2u2oqpz6mzyf407@google.com>                    Fri, Oct 20, 2023 at 10:56 AM
Reply-To: YouTube Copyright <youtube-disputes+2u2oqpz6mzyf407@google.com>
To: copyright@viraldrm.com

Case 3:24-cv-00747-JSC wasing.com Mail - [Document RE: GSP Video] 02/07/24 Copyright Page 20 of 27 Submission



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

> ## Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=4ONFwjzdfhU
>
> https://www.youtube.com/watch?v=oOyGv-tJyG4
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, Alabama 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=4ONFwjzdfhU
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
- Source of video: i1d7j29sgxU
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:06:44 to 0:06:58 :

https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404

It appears in your source video from 0:00:13 to 0:00:25 :
https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=oOyGv-tJyG4

Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Full intercept video from birth to death of a violent tornado that hit homes near Didsbury, AB moments ago. #abstorm #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury, Alberta
- Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:10 to 0:00:37 :
  https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
  It appears in your source video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/


Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 19, 2023 copyright@viraldrm.com wrote:

Please find attached signed contracts confirming that Viral DRM is rights managing the copyright needs on behalf of the affected claimants.
Please complete the removal of this offending content per our original request.

## OUTSTANDING CLAIMS/CLAIMANTS BELOW
## Claimant: Brad Arnold

Offending Video: https://www.youtube.com/watch?v=4ONFwjzdfhU

Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23

Original / Source video: https://www.youtube.com/watch?v=i1d7j29sgxU

**Claimant: Aaron Jayjack**

Offending Video: https://www.youtube.com/watch?v=oOyGv-tJyG4

Title of video: Violent Tornado Hits Homes Near Didsbury, AB On Canada Day

Original / Source video: https://fb.watch/m0iDNpOCTi

On Tue, Oct 17, 2023 at 8:38 AM YouTube Copyright <youtube-disputes+2u2oqpz6mzyf407@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, Alabama 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4ONFwjzdfhU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
  - Source of video: i1d7j29sgxU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:44 to 0:06:58 :
    https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404
    It appears in your source video from 0:00:13 to 0:00:25 :
    https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=oOyGv-tJyG4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full intercept video from birth to death of a violent tornado that hit homes near Didsbury, AB moments ago. #abstorm #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury, Alberta
  - Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:37 :
    https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
    It appears in your source video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 17, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, Alabama 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4ONFwjzdfhU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Selma, AL Tornado with Close Range Intercept!! 1/12/23
  - Source of video: i1d7j29sgxU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:44 to 0:06:58 :
    https://www.youtube.com/watch?v=4ONFwjzdfhU&t=404
    It appears in your source video from 0:00:13 to 0:00:25 :
    https://www.youtube.com/watch?v=i1d7j29sgxU&t=13

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=oOyGv-tJyG4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full intercept video from birth to death of a violent tornado that hit homes near Didsbury, AB moments ago. #abstorm #CanadaDay #tornado Violent Tornado Hits Homes Near Didsbury, Alberta
  - Source of video: https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:37 :
    https://www.youtube.com/watch?v=oOyGv-tJyG4&t=10
    It appears in your source video from 0:00:10 to 0:00:37 :
    https://www.facebook.com/aaron.jayjack.stormchaser/videos/640300881492795/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
  - Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 17, 2023 copyright@viraldrm.com wrote:

Video IDs: 4ONFwjzdfhU, oOyGv-tJyG4



Copyright Management <copyright@viraldrm.com>

---

## Re: [IDKZJCJ54HODAOVM6W32JQAO7A] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+16qd31totfsjr0h@google.com>      Mon, Oct 23, 2023 at 9:23 PM
Reply-To: YouTube Copyright <youtube-disputes+16qd31totfsjr0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=oOyGv-tJyG4

Display name of uploader: When God Is Angry

Уважаемая Команда поддержки YouTube, Я обращаюсь с просьбой восстановить мои видеоролики, которые были сняты с публикации после жалобы на нарушение авторских прав. Я считаю, что эти видеоролики соответствуют политике добросовестного использования YouTube и не должны были быть удалены. Содержание моих видеороликов было преобразовано, чтобы удовлетворить критерии добросовестного использования, и они представлены в соответствии с рекомендациями YouTube. Мои видеоролики имеют выраженную новостную направленность и сопровождаются информативными объяснениями. Я прошу вас внимательно оценить мое содержание и рассмотреть вопрос о восстановлении данных видеороликов. Я ценю возможность внести свой вклад в сообщество YouTube с информативным и добросовестным контентом и считаю, что снятие этих видеороликов было недоразумением. Если вам потребуется дополнительная информация или разъяснение относительно содержания этих видеороликов, не стесняйтесь связаться со мной. Я готов сотрудничать и предоставить любые необходимые сведения для поддержки восстановления моих видеороликов. Спасибо за оперативное рассмотрение данного вопроса. Я надеюсь на положительное разрешение и восстановление моих видеороликов. С уважением

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Кашпер Вячеслав

Кашпер Вячеслав
ул.Юбилейная 5/55
Ровно
Ukraine
33024

whengodisangry@gmail.com

067 457 1455

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066