Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00747-JSC |
| Plaintiff, | **APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| SHUBSTOR MARGARITA, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant SHUBSTOR MARGARITA ("Margarita") hereto on the ground that Margarita has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of Matthew L. Rollin in Support of Motion for Entry of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates that on June 11, 2024, Margarita was served with its Summons and the Complaint by alternate service by serving Margarita via the email address provided by Margarita and Google, with a direct link to the www.sriplaw.com/notice website where all documents associated with this matter available for Margarita to access and download, and on June 12, 2024, Margarita was also served by alternate service by a WhatsApp message via the phone

1  number provided by Margarita and/or Google, which also contained a direct link to the
2  www.sriplaw.com/notice website.
3       The time allowed for Margarita to respond to the Complaint has expired. Neither Viral DRM
4  nor the Court has granted Margarita an extension of time to respond to the Complaint. Margarita has
5  failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other
6  response upon Viral DRM's attorney of record.
7       Viral DRM is informed and believes that Margarita is not considered an infant or
8  incompetent person.
9       Viral DRM is informed and believes that the Servicemembers Civil Relief Act does not
10 apply, as Margarita is a foreign individual.
11      WHEREFORE, Plaintiff VIRAL DRM LLC requests that a default be entered by the Clerk
12 against Defendant SHUBSTOR MARGARITA and for such other and further relief as to the Court
13 deems just and proper in the premises.

DATED: July 8, 2024                    Respectfully submitted,

                                       */s/ Matthew L. Rollin*
                                       MATTHEW L. ROLLIN
                                       **SRIPLAW, P.A.**
                                       *Counsel for Plaintiff*
                                       *Viral DRM LLC*