Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00747-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| SHUBSTOR MARGARITA, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On February 07, 2024, Viral DRM filed its Complaint against Defendant SHUBSTOR MARGARITA ("Margarita") (ECF 1).

3. On June 11, 2024, Margarita was served with its Summons and the Complaint by alternate service by serving Margarita via the email address provided by Margarita and Google, with a direct link to the www.sriplaw.com/notice website where all documents associated with this matter available for Margarita to access and download, and on June 12, 2024, Margarita was also served by

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

alternate service by a WhatsApp message via the phone number provided by Margarita and/or Google, which also contained a direct link to the www.sriplaw.com/notice website. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Margarita was served by alternate service with the Summons and a copy of the Complaint.

4. The time allowed for Margarita to respond to the Complaint has expired.

5. Margarita has not been granted an extension of time to respond to the Complaint.

6. Margarita has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Viral DRM's attorneys of record.

7. I am informed and do not believe that Margarita is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2024

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN