1  Matthew L. Rollin (SBN 332631)
   **SRIPLAW, P.A.**
2  8730 Wilshire Boulevard
   Suite 350
3  Beverly Hills, California 90211
4  323.452.5600 – Telephone
   561.404.4353 – Facsimile
5  matthew.rollin@sriplaw.com

6
   Attorneys for Plaintiff
7  VIRAL DRM LLC

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

| VIRAL DRM LLC, | Case No.: 3:24-cv-00747-JSC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| v. | The Honorable Jacqueline Scott Corley |
| SHUBSTOR MARGARITA, | |
| Defendant. | Date: October 3, 2024<br>Time: 10:00 a.m. PT<br>Courtroom: 8 – 19th Floor |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff VIRAL DRM LLC ("Plaintiff"), by and through its attorneys, hereby moves for an application for entry of default judgment against Defendant SHUBSTOR MARGARITA ("Margarita" or "Defendant"). This motion is scheduled on October 3, 2024 at 10:00 a.m. before the Honorable Jacqueline Scott Corley, in the San Francisco Courthouse, Courtroom 8, 19th Floor, at 450 Golden Gate Avenue, San Francisco, California 94102.

Plaintiff seeks entry of default judgment for Plaintiff's claims of copyright infringement, misrepresentation, and falsification of copyright management information against Margarita, an

award of damages pursuant to 17 U.S.C. §§ 504, 512(f) and 1203, and an injunction pursuant to 17 U.S.C. § 502 permanently enjoining Defendant from further infringement.

DATED: August 28, 2024                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
Attorneys for Plaintiff Viral DRM LLC