# Exhibit 1

Case 3:24-cv-00747-JSC   Document 30-3   Filed 08/27/24   Page 1 of 2

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=4ONFwjzdfhU | https://www.youtube.com/watch?v=i1d7j29sgxU | Not Registered | Selma, AL Tornado with Close Range Intercept!! 1/12/23 | Brad Arnold | Y | Y |
| https://www.youtube.com/watch?v=4ONFwjzdfhU | https://www.youtube.com/watch?v=53lwzSwydhg | Not Registered | INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW | Reed Timmer | N | Y |
| https://www.youtube.com/watch?v=oOyGv-tJyG4 | https://fb.watch/m0iDNpOCTi/ | Not Registered | Violent Tornado Hits Homes Near Didsbury, AB On Canada Day | Aaron Jayjack | N | Y |
| https://www.youtube.com/watch?v=-cWxt_-gDuo | https://www.youtube.com/watch?v=PFSizOheU_k | PA 2-369-592 | Insane Flooding - Hindman, Ky Knott County- July 2022 - Drone 4k | Brandon Clement | Y | Y |