Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*VIRAL DRM LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHUBSTOR MARGARITA,<br><br>Defendant. | CASE NO.: 3:24-cv-00747-JSC<br><br>**DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST SHUBSTOR MARGARITA** |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I provide this Declaration in support of Viral DRM's Motion for Entry of a Final Default Judgment Against Defendant SHUBSTOR MARGARITA ("Margarita" or "Defendant"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. Margarita has refused to answer, show up or otherwise respond in this case.

3. Injunctive relief is warranted because Margarita has refused to respond to Counsel or the Court, and due to its lack of a response, there is a chance it could infringe again in the future.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

4. For purposes of setting the post-judgment interest rate under 28 U.S.C. § 1961, the average 1-year constant maturity Treasury yield through August 23, 2024, was 4.36 percent. Attached as **Exhibit 2** is a true and correct copy of a table of current federal interest rates, which I obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/releases/h15/ (printout of "Treasury Constant Maturities," displaying "1-year Treasury constant maturity"). Also attached at **Exhibit 3** is an explanation of how to obtain the information, from http://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate

5. My office caused a copy of Viral DRM's Motion to be emailed to Margarita on August 27, 2024. Viral DRM has served Margarita with its requested damage amount with its counsel's service of this motion on Margarita.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2024

 */s/ Matthew L. Rollin*
Matthew L. Rollin

2

DECLARATION OF MATTHEW L. ROLLIN                                                              CASE NO.: 3:24-CV-00747-JSC